IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JAMES HOOK,** | * |
| Plaintiff | * |
| v. | *   Case No.: RWT 09cv1630 |
| **PRINCE GEORGE'S COUNTY OFFICE OF HOMELAND SECURITY,** | * |
| Defendant. | * |

## ORDER

Upon consideration of Plaintiff James Hook's Motion for Summary Judgment or in the Alternative Partial Summary Judgment (Paper No. 36), Defendant Prince George's County Office of Homeland Security's Cross-Motion for Summary Judgment (Paper No. 41), the oppositions and replies thereto, and the arguments of counsel presented at the hearing conducted before the undersigned on August 9, 2010, it is, for the reasons stated on the record, this 10th day of August, 2010, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Cross-Motion for Summary Judgment (Paper No. 41) is **DENIED**; and it is further

**ORDERED**, that Plaintiff's Motion for Summary Judgment or in the Alternative Partial Summary Judgment (Paper No. 36) is **GRANTED**; and it is further

**ORDERED**, that this matter is referred to Magistrate Judge Schulze for further mediation.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE