# THE ZIPIN LAW FIRM LLC
## ATTORNEYS AT LAW

PHILIP B. ZIPIN*
NANCY BREWER*
GREGG C. GREENBERG

*ALSO LICENSED
IN WASHINGTON D.C.

8403 COLESVILLE ROAD
SUITE 610
SILVER SPRING, MARYLAND 20910
WWW.ZIPINLAW.COM

TELEPHONE (301) 587-9373
FACSIMILE (301) 587-9397

August 10, 2010

Chambers of Hon. Roger W. Titus
Judicial Attorney Nicholas Mitchell
U.S. District Court for Md.
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: *Hook v. P.G. Co. Dept. Homeland Security*

Dear Mr. Mitchell:

This letter concerns the Judge's Order, Paper No. 45, entered on August 10, 2010 after hearing on August 9, 2010 on Motions and Cross Motions for Summary Judgment in the above mentioned case. Plaintiff seeks clarification so that mediation will be accurately focused, for the mutual benefit of the Parties.

Plaintiff's Motion was for Summary Judgment or Partial Summary Judgment, which was of course granted. We write to clarify whether the Order granted Summary Judgment as to liability for violation of the ADA. We noted no enumeration of separate issues describing a grant of Partial Summary Judgment. We also heard the Judge state that the matters remaining were the issues of damages and remedy. Is it correct therefore that it was Summary Judgment that was granted in the Order, and not Partial Summary Judgment?

Thank you for your assistance.

Sincerely,

/s/
Nancy Brewer
513-979-4138

Cc:
Attorney Shelley Johnson
sljohnson@co.pg.md.us