**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**                                                           **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                               **GREENBELT, MARYLAND   20770**
                                                                                            **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:        *Hook v. Prince George's County Office of Homeland Security*
                Civil Action No. RWT-09-1630

DATE:     August 11, 2010

\* \* \* \* \* \* \* \* \*

      Plaintiff's counsel seeks clarification of the Court's Order dated August 10, 2010 (Paper No. 45) embodying its oral ruling of the previous day.  In no way altering its ruling, the Court hereby clarifies that it granted summary judgment in favor of Plaintiff as to the issue of liability.  The only issues remaining relate to damages and remedy.

      The Clerk is directed to docket this memorandum as a correspondence to the parties.

                                                               /s/
                                              Roger W. Titus
                                     United States District Judge